**Order entered July 16, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00329-CR

**EARNEST DEWAYNE CLAYTON, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 1**
**Rockwall County, Texas**
**Trial Court Cause No. CR17-2027**

## ORDER

Appellant was convicted on April 20, 2021 and filed his notice of appeal on May 3, 2021. The appellate record was due on June 19, 2021. Although the clerk's record was filed, the reporter's record has not been filed. Court reporter Deborah Hamon informed the Court by letter dated June 18, 2021 that appellant is not indigent and no arrangements to pay for the reporter's record have been made. On June 21, 2021, we notified appellant and instructed him to provide written verification that he had paid or made arrangements to pay for the reporter's record

within ten days of the date of the letter. We cautioned appellant that the failure to do so would result in the appeal being submitted without a reporter's record. To date, appellant has not complied with the Court's instructions, and he has failed to otherwise communicate with the Court regarding the appeal.

Therefore, we **ORDER** this appeal submitted without a reporter's record. *See* TEX. R. APP. P. 37.3(c).  Appellant's brief is due by August 16, 2021.


/s/     ROBERT D. BURNS, III
CHIEF JUSTICE